**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jermaine WINTERS, Defendant-Appellant.**

**No. 15-15095**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 11/17/2016

Kathryn Dee Risinger, Pamela C. Marsh, U.S. Attorney's Office, Panama

---

City, FL, Robert G. Davies, John Ryan Love, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Jermaine Winters, FCI Coleman Medium-Inmate Legal Mail, Coleman, FL, for Defendant-Appellant

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Jermaine Winters, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Winters's convictions and total sentence are **AFFIRMED**.